# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS TOBAR, | NO. CV 07-2809 MMM (FMO) |
|     Petitioner, | |
| v. | **JUDGMENT** |
| LELAND MCEWEN, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 15, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE